PHILLIP S. LORENZO, ESQ.
admitted *pro hac vice*
MICHAEL G. MARTIN, ESQ.
admitted *pro hac vice*
JAMES E. DALLNER, ESQ.
admitted *pro hac vice*
LATHROP & GAGE, LLP
370 17th Street, Suite 4650
Denver, Colorado 80202
(720) 931-3200

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL STEELMAN, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>HKS, INC.<br><br>Defendant. | CASE NO. CV-S-05-1330-LDG-RJJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Paul Steelman, Ltd. and Defendant HKS, Inc., by their respective attorneys, stipulate to the dismissal of all claims, with prejudice, pursuant to the terms of the Settlement Agreement between the parties dated June 16, 2010.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing all claims in this action with prejudice.

///
///
///
///
///
///
///

Dated this 17th day of August 2010.

By: /s/ *Phillip S. Lorenzo*
PHILLIP S. LORENZO, ESQ.
admitted *pro hac vice*
MICHAEL G. MARTIN, ESQ.
admitted *pro hac vice*
JAMES E. DALLNER, ESQ.
admitted *pro hac vice*
LATHROP & GAGE LLP
370 17th Street, Suite 4650
Denver, Colorado 80202
(720) 931-3200

Attorneys for Plaintiff
Paul Steelman, Ltd.

By: /s/ *Christine Drage*
CHRISTINE E. DRAGE, ESQ.
ANTHONY D. PLATT, ESQ.
TREVOR O. RESURRECCION, ESQ.
WEIL & DRAGE, APC
6085 West Twain Avenue, Suite 203
Las Vegas, Nevada 89103
(702) 314-1905

Attorneys for Defendant
HKS, Inc.

ORDER

IT IS SO ORDERED.

DATED this 27 day of August, 2010.

_____
Lloyd D. George
Sr. U.S. District Judge

- 2 -