UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

|  |  |  |
|---|---|---|
| PAUL STEELMAN LTD, | ) | 2:05-cv-1330 LDG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HKS INC, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated:  8/13/13                                   

U.S. DISTRICT JUDGE